**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00271-JCM-PAL |
| Plaintiff, | **AMENDED ORDER** [1] |
| v. | |
| LAWRENCE J. SEMENZA, II, | |
| Defendant. | |

On the United States' motion, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Lawrence J. Semenza, II, shall appear before the undersigned United States Magistrate Judge in Courtroom 3B, Lloyd D. George Federal Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 29th day of November, 2016 at 8:30 a.m. to then and there answer upon oath concerning Defendant's property and for such other proceedings as there may occur consistent with proceeding supplementary to execution.

**IT IS FURTHER ORDERED** that Defendant shall bring the following to the hearing:

1. Three most recent federal income tax returns with their attachments;
2. Copies of all personal and business financial statements concerning checking and saving accounts for the past twelve months;
3. A copy of the titles to all vehicles, automobiles, boats, aircraft, and/or real property held by Defendant or Defendant's spouse;
4. Copies of all documents relating to the sale, conveyance, or transfer of any property, real or personal, valued in excess of $5,000.00 for both Defendant and Defendant's spouse

---

1. This Amended Order advances the time **only** from 9:00 a.m., to 8:30 a.m.

1

   for the last 3 years;

 5. A copy of all Trust Documents for all Trusts in which Defendant or Defendant's spouse is either a Trustee and/or a Beneficiary.

  **IT IS FURTHER ORDERED** that a copy of this Order shall be served upon Defendant at least 14 calendar days before the hearing.

  **IT IS FURTHER ORDERED** that failure to appear or otherwise comply with the requirements of this Order may subject Defendant to sanctions, including, but not included to, punishment for contempt of court.

  Dated this 24th day of October, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

2